INTENTIONALLY OMITTED--
DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT E