RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karinehk@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, California 94303
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Petitioner,
BARRACUDA NETWORKS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BARRACUDA NETWORKS, INC., <br><br> Petitioner, <br><br> v. <br><br> J2 GLOBAL, INC., and DOES 1 through 10, inclusive, <br><br> Respondent. | Case No. <br><br> **[PROPOSED] ORDER GRANTING BARRACUDA NETWORKS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

The Court having considered Petitioner Barracuda Networks, Inc.'s ("Barracuda") Application to File Under Seal ("Application"), and compelling reasons that overcome the presumption of public access having been shown, the Court hereby GRANTS Barracuda's Application and ORDERS that the following be filed UNDER SEAL:

| Document | Portions to be sealed |
| --- | --- |
| Joint Stipulation Accompanying Plaintiff's Motion to Compel Document Production from Defendant | 5:9-11<br>12:27-13:5<br>13:8-13<br>13:18-20<br>13:21-14:1<br>14:18-20<br>15:9<br>16:2-3<br>17:2 |
| Co-filed Declaration of Karineh Khachatourian, Exhibit B | Entirety |
| Co-filed Declaration of Karineh Khachatourian, Exhibit E | Entirety |

**IT IS SO ORDERED.**

Dated: _____

United States District Judge