RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karinehk@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, California 94303
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Petitioner,
BARRACUDA NETWORKS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRACUDA NETWORKS, INC., <br><br> Petitioner, <br><br> v. <br><br> J2 GLOBAL, INC., <br><br> Respondent. | Case No. 2:19-mc-00146 <br><br> *Optrics, Inc. v. Barracuda Networks, Inc.*, Case No. 17-cv-04977-RS Pending in the United States District Court for the Northern District of California <br><br> **CERTIFICATE OF SERVICE — PURSUANT TO CIV. L.R. 79-5.2.2 (b)** |

## CERTIFICATE OF SERVICE

I, Aaron Jones, declare as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to this action. My business address is Rimon, P.C., 2479 E. Bayshore Road, Suite 210, Palo Alto, California 94303.

On July 16, 2019, I served the following documents pursuant to Civ. L.R. 79-5.2.2 (b).

- **D.I. 1 BARRACUDA NETWORKS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY J2 GLOBAL, INC—PURSUANT TO CIV. L.R. 37-2.4**
- **D.I. 1-1 – 1-21 DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF BARRACUDA NETWORKS, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY J2 GLOBAL, INC—PURSUANT TO CIV. L.R. 37-2.4**
- **D.I. 2 BARRACUDA NETWORKS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**
- **D.I. 2-1 [PROPOSED] ORDER GRANTING BARRACUDA NETWORKS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**
- **D.I. 2-2 BARRACUDA NETWORKS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY J2 GLOBAL, INC—PURSUANT TO CIV. L.R. 37-2.4**
- **D.I. 3 DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF BARRACUDA NETWORKS, INC.'S APPLICATION TO FILE UNDER SEAL**
- **D.I. 3-1 DOCUMENT PROPOSED TO BE FILED UNDER SEAL: BARRACUDA NETWORKS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY J2 GLOBAL, INC—PURSUANT TO CIV. L.R. 37-2.4**
- **D.I. 3-2 DOCUMENT PROPOSED TO BE FILED UNDER SEAL: EXHIBIT B TO THE DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF BARRACUDA NETWORKS, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY J2 GLOBAL, INC—PURSUANT TO CIV. L.R. 37-2.4**
- **D.I. 3-3 DOCUMENT PROPOSED TO BE FILED UNDER SEAL: EXHIBIT E TO THE DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF BARRACUDA NETWORKS, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY J2 GLOBAL, INC—PURSUANT TO CIV. L.R. 37-2.4**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address aaron.jones@rimonlaw.com to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Herbert L. Terreri, Esq.
bert@terrerilaw.com
Grace Neibaron, Esq.
grace@neibaronlaw.com
Law Offices of Herbert L. Terreri, APC
235 Foss Creek Circle
Healdsburg, CA 95448

*Attorneys for Plaintiff,*
*Optrics Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 16, 2019 at Palo Alto, California.

_____
Aaron Jones