1  RIMON, P.C.
   Kareneh Khachatourian (SBN 202634)
2  karinehk@rimonlaw.com
   Nikolaus A. Woloszczuk (SBN 286633)
3  nikolaus.woloszczuk@rimonlaw.com
   2479 E. Bayshore Road, Suite 210
4  Palo Alto, California 94303
   Telephone: 650.461.4433
5  Facsimile: 650.461.4433

6

7  Attorneys for Petitioner,
   BARRACUDA NETWORKS, INC.

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11

12
   BARRACUDA NETWORKS, INC.,          | Case No. 2:19-mc-00146
13
           Petitioner,                 | *Optrics, Inc. v. Barracuda Networks, Inc.*,
14                                     | Case No. 17-cv-04977-RS Pending in the
       v.                              | United States District Court for the Northern
15                                     | District of California
   J2 GLOBAL, INC.,
16                                     | **CERTIFICATE OF SERVICE**
           Respondent.
17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE.; CASE NO. 2:19-MC-00146

## CERTIFICATE OF SERVICE

I, Lillian Fass, declare as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to this action. My business address is Rimon, P.C., 2479 E. Bayshore Road, Suite 210, Palo Alto, California 94303.

On July 19, 2019, I served the following documents.

- **D.I. 12 DOCUMENT FILED UNDER SEAL: BARRACUDA NETWORKS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY J2 GLOBAL, INC—PURSUANT TO CIV. L.R. 37-2.4; AND NOTICE OF ELECTRONIC FILING THEREOF**
- **D.I. 13 DOCUMENT FILED UNDER SEAL: EXHIBIT B TO THE DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF BARRACUDA NETWORKS, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY J2 GLOBAL, INC—PURSUANT TO CIV. L.R. 37-2.4; AND NOTICE OF ELECTRONIC FILING THEREOF**
- **D.I. 14 DOCUMENT FILED UNDER SEAL: EXHIBIT E TO THE DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF BARRACUDA NETWORKS, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY J2 GLOBAL, INC—PURSUANT TO CIV. L.R. 37-2.4; AND NOTICE OF ELECTRONIC FILING THEREOF**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lillian.fass@rimonlaw.com to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Guy Ruttenberg
guy@ruttenbergiplaw.com
Steve Papazian
steve@ruttenbergiplaw.com
1801 Century Park E #1920
Los Angeles, CA 90067

*Attorneys for Respondent,*
*j2 Global, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 19, 2019 at Palo Alto, California.

/s/ Lillian Fass