UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 19-mc-00146-PSG (PJWx) | Date | October 29, 2019 |
|---|---|---|---|
| Title | *Barracuda Networks, Inc. v. j2 Global, Inc.* | | |

| Present: The Honorable | Patrick J. Walsh, United States Magistrate Judge | |
|---|---|---|
| Isabel Martinez | CS 10/29/19 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Karineh Khachatourian<br>Nikolaus Andrew Woloszczuk | Guy Ruttenberg<br>Steven A. Papazian |

**Proceedings:**     **Telephonic Discovery Conference**

    The case is called and appearances are made. The Court met and conferred with counsel and made rulings on the record. Counsel for j2 Global will produce Bording Ostergaard's emails in native format to Barracuda's counsel by November 8, 2019. Barracuda's vendor will convert and mark the emails. Barracuda's counsel will provide copies to j2's counsel within 48 hours. j2 will start producing the 11,000 responsive documents to Barracuda's search requests on a rolling basis no later than November 8, 2019. j2 shall complete production by noon on November 27, 2019.

| | : | 50 |
|---|---|---|
| Initials of Preparer | im | |

S:PJW\Cases-X\Barracuda v. j2 Global\MO-discovery dispute 091319.wpd