RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karinehk@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, California 94303
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Petitioner,
BARRACUDA NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRACUDA NETWORKS, INC., | Case No. 2:19-mc-00146-PSG (PJWx) |
| Petitioner, | *Optrics, Inc. v. Barracuda Networks, Inc.*, Case No. 17-cv-04977-RS Pending in the United States District Court for the Northern District of California |
| v. | |
| J2 GLOBAL, INC., | **[PROPOSED] ORDER GRANTING PETITIONER'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| Respondent. | |

The Court having considered Petitioner Barracuda Networks, Inc.'s (Barracuda") Application to File Under Seal ("Application"), and compelling reasons that overcome the presumption of public access having been shown, the Court hereby GRANTS Barracuda's Application and ORDERS that the following be filed UNDER SEAL:

| Document | Portions to Be Sealed |
|---|---|
| Response to Non-Party j2 Global, Inc.'s Request for Attorneys' Fees and Costs [due to Barracuda's designations] | 15:7-15<br>20:21-24<br>6:20-22 |
| Response to Non-Party j2 Global, Inc.'s Request for Attorneys' Fees and Costs [due to j2 Global, Inc.'s designations] | i:6<br>i:7<br>i:8<br>1:26<br>1:27<br>1:28<br>3:6<br>3:20<br>4:6<br>4:8<br>4:12<br>6:1<br>6:14<br>6:23<br>6:24<br>6:25<br>6:26-27<br>7:3 |

1

| | | |
|---|---|---|
| 1 | | 7:6 |
| 2 | | 7:7 |
| 3 | | 7:12 |
| 4 | | 8:2 |
| 5 | | 8:19 |
| 6 | | 9:4 |
| 7 | | 9:12 |
| 8 | | 9:18 |
| 9 | | 10:13-15 |
| 10 | | 16:16-18 |
| 11 | | 23:2-3 |
| 12 | | 25:1 |
| 13 | | 25:2 |
| 14 | | 25:3 |
| 15 | Response to Non-Party j2 Global, Inc.'s | 1:17-18 |
| 16 | Request for Attorneys' Fees and Costs | 15:21-22 |
| 17 | [due to Optrics Inc.'s designation] | 15:21-16:1 |
| 18 | | 16:27-17:5 |
| 19 | | 17:8-12 |
| 20 | | 20:10-16 |
| 21 | | 21:10-12 |
| 22 | | 22:15-17 |
| 23 | Ex. B to the Khachatourian Decl. | In its entirety |
| 24 | Ex. E to the Khachatourian Decl. | In its entirety |
| 25 | Ex. I to the Khachatourian Decl. | In its entirety |
| 26 | Ex. J to the Khachatourian Decl. | In its entirety |
| 27 | Ex. K to the Khachatourian Decl. | In its entirety |
| 28 | | |

2

| Ex. L to the Khachatourian Decl. | In its entirety |
|---|---|
| Ex. M to the Khachatourian Decl. | In its entirety |
| Ex. O to the Khachatourian Decl. | In its entirety |
| Ex. P to the Khachatourian Decl. | In its entirety |
| Ex. Q to the Khachatourian Decl. | In its entirety |
| Ex. S to the Khachatourian Decl. | In its entirety |

**IT IS SO ORDERED.**

Dated: _____

_____
United States Magistrate Judge

3