1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| BARRACUDA NETWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>J2 GLOBAL, INC., and DOES 1 through 10, inclusive,<br><br>Respondent. | Case No. 2:19-mc-00146-PSG (PJWx)<br><br>**[PROPOSED] ORDER GRANTING NONPARTY j2 GLOBAL, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

[PROPOSED] ORDER

Having read and considered Non-Party j2 Global, Inc.'s ("J2") Application for Leave to File Under Seal and the Declaration of Steve Papazian submitted therewith, this Court finds that the motion should be granted.

It is hereby ORDERED that the following portions of Non-Party J2 Global, Inc.'s Reply Brief re Fees and Costs, and exhibits in support thereof shall be filed under seal:

| Document | Portions Sought to be Sealed |
|---|---|
| NONPARTY j2 GLOBAL, INC.'S REPLY BRIEF RE FEES AND COSTS | 2:6-8, 11:6-8, 12:2-15, 14:21-23 |
| DECLARATION OF STEVE PAPAZIAN IN SUPPORT OF NONPARTY j2 GLOBAL, INC.'S REPLY RE FEES AND COSTS | Exhibit 1 <br> Exhibit 2 <br> Exhibit 11 <br> Exhibit 12 <br> Exhibit 14 <br> Exhibit 15 |

**IT IS SO ORDERED.**

Dated:

By _____
Hon. Patrick J. Walsh
United States Magistrate Judge